■ DANIEL SPANO, Appellant, v STEPHEN MELI, Doing Business as APEX MAINTENANCE CONTRACTORS, Respondent, et al., Defendant. (Appeal No. 2.)—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same Memorandum as in *Spano v Meli* ([appeal No. 1] 170 AD2d 976 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Joslin, J.—Summary Judgment.) Present —Callahan, J. P., Denman, Balio, Lawton and Davis, JJ.